HENRIETTA I. RUBIN v. RICHARD P. WORRALL and Others, Impleaded with MILES H. VERNON.— Motion for leave to appeal to the Court of Appeals or for

reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.